```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 21126
   THADDOUS R DANIEL SR
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9148

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/10/2007 and was confirmed 01/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                               PAID         PAID
------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  NOTICE ONLY    NOT FILED             .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG       .00              .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE   9888.68              .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        617.41              .00            .00
CHRYSLER FINANCIAL        UNSECURED       6629.59              .00            .00
ECAST SETTLEMENT CORP     UNSECURED        815.30              .00            .00
OSI RECOVERY SOLUTIONS    UNSECURED      NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        524.49              .00            .00
RESURRECTION HEALTH CARE  UNSECURED      NOT FILED             .00            .00
VILLAGE OF BELLWOOD       UNSECURED      NOT FILED             .00            .00
WEST SUBURBAN HEALTH CAR  UNSECURED      NOT FILED             .00            .00
ZENITH ACQUISITION        UNSECURED      NOT FILED             .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,831.50                        2,795.13
TOM VAUGHN                TRUSTEE                                           241.95
DEBTOR REFUND             REFUND                                            904.68

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                3,941.76

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               2,795.13
TRUSTEE COMPENSATION                           241.95
DEBTOR REFUND                                  904.68
                     --------------         --------------
TOTALS                  3,941.76             3,941.76


               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21126 THADDOUS R DANIEL SR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
Dated: 01/28/09                      _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
     CASE NO. 07 B 21126 THADDOUS R DANIEL SR
```